608

The People of the State of Illinois ex rel. Oscar Nelson, auditor of public accounts of the State of Illinois, v. The La Moille State Bank. In re Claim of Edd Bower, appellee, v. William L. O'Connell, appellant. Gen. No. 8,813.

Opinion filed August 3, 1934.

Paul D. Perona, for appellant. J. L. Spaulding, for appellee.

Mr. Justice Huffman delivered the opinion of the court.


George W. Cummings, appellee, v. City of Waukegan, appellant. Gen. No. 8,791.

Opinion filed August 24, 1934. Rehearing denied February 5, 1935.

William R. Behanna, Corporation Counsel, for appellant; Charles L. Whyte, Jr., of counsel. McGilvray, Eames, Vaughan & Tilley, for appellee; Franklin E. Vaughan, of counsel.

Mr. Presiding Justice Wolfe delivered the opinion of the court.


H. Stanley Antrim, appellee, v. George Dick et al., appellants. Gen. No. 8,790.

Opinion filed August 24, 1934.

Robert M. Brand, Harry Typer and Henry C. Warner, for appellants. George F. Korf and Seyster & Fearer, for appellee.

Mr. Justice Dove delivered the opinion of the court.


Estelle M. Milne, appellant, v. Charles E. Whitmer et al., appellees. Gen. No. 8,768.

Opinion filed August 24, 1934. Opinion modified October 2, 1934.

North, Gibboney & North, for appellant. Shelby E. Hood, for certain appellees. Frank E. Maynard, for certain other appellee.

Mr. Justice Huffman delivered the opinion of the court.


Somonauk State Bank et al., appellants, v. Bartel B. Hagen et al., appellees. Gen. No. 8,558.

Opinion filed September 18, 1934. Rehearing denied February 5, 1935.

Robert C. Carr, W. I. Hibbs and M. Dale Morahn, for appellants. Butters & Butters, for appellees.

Mr. Presiding Justice Wolfe delivered the opinion of the court.